TAMMY HARRIS,

      Plaintiff,

v.                                      Case No. 6:19-cv-1420-Orl-37DCI

WILLIAM STEVEN BERGEN; and
BLAKE RICHARD SENTERS,

      Defendant.

_____

## ORDER

Defendant Blake Richard Senters ("**Defendant**") moves to quash substitute service of process and to dismiss for failure to timely serve process. (Doc. 20 ("**Motion**").) Plaintiff responded (Doc. 23), and United States Magistrate Judge Daniel C. Irick prepared a Report and Recommendation on the Motion. (Doc. 27 ("**R&R**").) U.S. Magistrate Judge Irick found that while Plaintiff's attempts at serving Defendant were insufficient to effect service of process, good cause exists to extend the time period for service for forty-five days. (*Id.*)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 27) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2. Defendant Blake Richard Senters' Motion to Quash Substitute Service of Process as to Defendant Blake Richard Senters and Motion to Dismiss for Failure to Timely Service Process (Doc. 20) is **GRANTED IN PART** and **DENIED IN PART.**

   a. The Motion is **GRANTED** to the extent that service of process upon Defendant Blake Richard Senters is **QUASHED.**

   b. In all other respected, the Motion is **DENIED.**

3. Plaintiff Tammy Harris has until **Monday, January 20, 2020** to effect service of process upon Defendant Blake Richard Senters. Failure to do so may result in the dismissal of Mr. Senters from this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 5, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record